UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-5209-GW-KSx | Date | September 9, 2019 |
|---|---|---|---|
| Title | *Kristal Reyes v. County of Los Angeles, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Erin Darling | Jack F. Altura |

**PROCEEDINGS:** **SCHEDULING CONFERENCE**

The Court sets the following:

| | |
|---|---|
| Mediation Cutoff | February 28, 2020 |
| Post-Mediation Status Conference | March 2, 2020 at 8:30 a.m. |
| Discovery Cutoff | March 6, 2020 |
| Expert Discovery Cutoff | April 5, 2020 |
| Motion Hearing Cutoff | May 4, 2020 |
| Pretrial Conference | June 4, 2020 at 8:30 a.m. |
| Jury Trial | June 16, 2020 at 9:00 a.m. |

No further amendments allowed; compliance with FRCP 16 is required.

The parties are referred to ADR Procedure No. 2: Court Mediation Panel.

cc: ADR Program

: 01

Initials of Preparer    JG