1 | **RICKEY IVIE** (#76864)
rivie@imwlaw.com
2 | **JACK F. ALTURA** (#297314)
jaltura@imwlaw.com
3 | **IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
4 | Los Angeles, California 90071
Tel.   (213) 489-0028
5 | Fax   (213) 489-0552
Email:  rivie@imwlaw.com

7 | Attorneys for Defendants
COUNTY OF LOS ANGELES, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL REYES, as Guardian ad Litem for I.R., a minor, | CASE NO.: 2:19-cv-05209-GW-KS |
| Plaintiff, | **OBJECTION TO NOTICE OF DEPOSITION OF DEFENDANT DEPUTY PROBATION OFFICER PUENTE** |
| vs. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER TERI L. McDONALD, DEPUTY PROBATION OFFICER PUENTE, DEPUTY PROBATION OFFICER STANCE, and DOES 1 TO 10, | |
| Defendants | |

Defendant Jolleen Puente hereby objects to Plaintiff's notice of deposition of Defendant Deputy Probation Officer Puente on the grounds that the deposition was unilaterally set by Plaintiff's counsel, without consultation with Defendant's counsel.  Defendant's counsel is unavailable on that date.

However, Defendant's counsel will offer dates for Officer Puente's deposition for the first week of March. Those dates will be forthcoming.

///

///

///

-1-

| | | |
|---|---|---|
| 1 | Dated:  February 6, 2019 | **IVIE, McNEILL & WYATT** |
| 2 | | By:   /s/ JACK F. ALTURA |
| 3 | | **RICKEY  IVIE,** |
| 4 | | **JACK F. ALTURA** |
| 5 | | Attorneys for Defendants, County of Los Angeles et al. |

-2-

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

On **February 6, 2020,** I served the foregoing document described as **OBJECTION TO NOTICE OF DEPOSITION OF DEFENDANT DEPUTY PROBATION OFFICER PUENTE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed on attached Service List:

[ ]  **BY PERSONAL DELIVERY**:  I caused such envelope to be delivered by hand to the addressee.

[ x ]  **BY EMAIL TRANSMISSION**:  I caused such DOCUMENT to be transmitted to the addressee.

[ X ]  **BY MAIL**:  I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]  **BY FACSIMILE TRANSMISSION**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, 213-489-0552, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ]  **BY OVERNIGHT DELIVERY**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express.  Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓]  (Federal) I declare that I am a member of the bar of the Federal Court for the Central District of California.

Executed on **February 6, 2020**, Los Angeles, California.

**Jack F. Altura**          */s/ Jack F. Altura*

**SERVICE LIST**

| | |
|---|---|
| Justin E. Sterling, Esq.<br>Law Offices of Justin E. Sterling<br>15760 Ventura Blvd., Suite 700<br>Encino, CA 91436<br>(818) 995-9452<br>Fax (818) 824-3533<br>Justin@SterlingDefense.com | Attorneys for Plaintiff, Krystal Reyes as guardian ad litem for I.R., a minor |
| Erin Darling, Esq.<br>Law Offices of Erin Darling<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>(323) 736-2230<br>Erin@ErinDarlingLaw.com | Co-Counsel for Plaintiff, Krystal Reyes as guardian ad litem for I.R., a minor |

1 | **RICKEY IVIE** (#76864)
rivie@imwlaw.com
2 | **JACK F. ALTURA** (#297314)
jaltura@imwlaw.com
3 | **IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
4 | Los Angeles, California 90071
Tel.   (213) 489-0028
5 | Fax   (213) 489-0552
Email:  rivie@imwlaw.com

Attorneys for Defendants
COUNTY OF LOS ANGELES, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KRYSTAL REYES, as Guardian ad Litem for I.R., a minor, | CASE NO.: 2:19-cv-05209-GW-KS |
|---|---|
| Plaintiff, | **OBJECTION TO NOTICE OF DEPOSITION OF DEFENDANT DEPUTY PROBATION OFFICER STANCE** |
| vs. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER TERI L. McDONALD, DEPUTY PROBATION OFFICER PUENTE, DEPUTY PROBATION OFFICER STANCE, and DOES 1 TO 10, | |
| Defendants | |

Defendant Serena Stance hereby objects to Plaintiff's notice of deposition of Defendant Deputy Probation Officer Stance on the grounds that the deposition was unilaterally set by Plaintiff's counsel, without consultation with Defendant's counsel.  Defendant's counsel is unavailable on that date.

However, Defendant's counsel will offer dates for Officer Stance's deposition for the first week of March. Those dates will be forthcoming.

///
///
///

-1-

| | | |
|---|---|---|
| 1 | Dated: February 6, 2019 | **IVIE, McNEILL & WYATT** |
| 2 | | By: /s/ JACK F. ALTURA |
| 3 | | **RICKEY IVIE,** |
| 4 | | **JACK F. ALTURA** |
| | | Attorneys for Defendants, |
| 5 | | County of Los Angeles et al. |

-2-

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

On **February 6, 2020,** I served the foregoing document described as **OBJECTION TO NOTICE OF DEPOSITION OF DEFENDANT DEPUTY PROBATION OFFICER STANCE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed on attached Service List:

[ ] **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand to the addressee.

[ x ] **BY EMAIL TRANSMISSION**: I caused such DOCUMENT to be transmitted to the addressee.

[ X ] **BY MAIL**: I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE TRANSMISSION**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, 213-489-0552, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ] **BY OVERNIGHT DELIVERY**: I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express. Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓] (Federal) I declare that I am a member of the bar of the Federal Court for the Central District of California.

Executed on **February 6, 2020**, Los Angeles, California.

**Jack F. Altura**           */s/ Jack F. Altura*

-3-

# SERVICE LIST

| | |
|---|---|
| Justin E. Sterling, Esq.<br>Law Offices of Justin E. Sterling<br>15760 Ventura Blvd., Suite 700<br>Encino, CA 91436<br>(818) 995-9452<br>Fax (818) 824-3533<br>Justin@SterlingDefense.com | Attorneys for Plaintiff, Krystal Reyes as guardian ad litem for I.R., a minor |
| Erin Darling, Esq.<br>Law Offices of Erin Darling<br>3435 Wilshire Blvd., Suite 2910<br>Los Angeles, CA 90010<br>(323) 736-2230<br>Erin@ErinDarlingLaw.com | Co-Counsel for Plaintiff, Krystal Reyes as guardian ad litem for I.R., a minor |