**RICKEY IVIE (#76864)**
rivie@imwlaw.com
**JACK ALTURA (#297314)**
jaltura@imwlaw.com
**IVIE, McNEILL & WYATT**
A Professional Law Corporation
444 South Flower Street, Suite 1800
Los Angeles, CA 90071
Tel:   (213) 489-0028
Fax:   (213) 489-0552

Attorneys for Defendants
**COUNTY OF LOS ANGELES, et al.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL REYES, as Guardian ad Litem for I.R., a minor,<br><br>           Plaintiff,<br>   vs.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER TERI L. McDONALD, DEPUTY PROBATION OFFICER PUENTE, DEPUTY PROBATION OFFICER STANCE, and DOES 1 TO 10,<br>           Defendants. | **CASE NO.: 2:19-cv-05209-GW-KS**<br><br>**AMENDED STIPULATION TO MODIFY COURT'S SCHEDULING ORDER (ECF #24) AND TO CONTINUE THE DISCOVERY CUT-OFF DATE**; AND ORDER<br><br>Current discovery cut-off: 3/6/2020<br>Requested discovery cut-offs: 3/20/2020, 4/3/2020<br>Motion hearing cut-off: 5/4/2020<br>Trial date: 6/14/2020<br><br>Complaint filed: 6/14/2019 |

## STIPULATION

**WHEREAS**, on February 26, 2020, Magistrate Judge Karen L. Stevenson held a telephonic conference (ECF #30) about Defendants' *Ex Parte* Application for a Protective Order (ECF #29 [stricken]).

-1-

    **WHEREAS**, at the telephonic conference, the Magistrate Judge instructed the parties to file an amended stipulation to modify the Court's Scheduling Order that continued the discovery cut-off date for Plaintiff to take the depositions of Defendant Officer Stance, Defendant Officer Puente and Defendant County of Los Angeles Rule 30(b)(6) witness;

    **IT IS THEREFORE AGREED UPON AND STIPULATED** that:

1. The discovery cut-off date to take the depositions of Krystal Reyes and Irie Reyes; and to obtain Irie Reyes' juvenile case file and associated dates should be continued from March 6, 2020 to April 3, 2020.

2. The discovery cut-off date to take the depositions of Defendants Officer Stance and Officer Puente and Defendant County of Los Angeles' Rule 30(b)(6) witness should be continued to March 20, 2020.

Dated: February 26, 2020

**LAW OFFICES OF JUSTIN STERLING**
**LAW OFFICES OF ERIN DARLING**

By:   /s/ Erin Darling
       JUSTIN E. STERLING
       ERIN DARLING
       Attorneys for Plaintiff,
       KRYSTAL REYES, as Guardian ad Litem for I.R.

Dated: February 26, 2020

**IVIE, McNEILL & WYATT**

By:   /s/ Jack F. Altura
       RICKEY IVIE
       JACK ALTURA
       Attorneys for Defendant,
       COUNTY OF LOS ANGELES, et al.

IT IS SO ORDERED.

DATED: March 3, 2020

UNITED STATES DISTRICT JUDGE